## ST. LOUIS, S. F. & T. RY. CO. v. TUDLE et al. (No. 1296.)

(Court of Civil Appeals of Texas. Texarkana. Nov. 18, 1914. Rehearing Denied Dec. 3, 1914.)

APPEAL AND ERROR (§ 79*)—JUDGMENTS APPEALABLE—"FINAL JUDGMENT."

A judgment which did not dispose of a party to the suit is not a "final judgment," and no appeal therefrom will lie.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 484–493; Dec. Dig. § 79.*

For other definitions, see Words and Phrases, First and Second Series, Final Decree or Judgment.]

---

Appeal from District Court, Grayson County; W. M. Peck, Judge.

Action between James Tudle and others and the St. Louis, San Francisco & Texas Railway Company. There was a judgment for the former, and the latter appeals. Appeal dismissed.

Andrews, Ball & Streetman, of Ft. Worth, and Head, Smith, Maxey & Head, of Sherman, for appellant. J. L. Cobb and Jones & Hassell, all of Sherman, for appellees.

LEVY, J. The judgment in this case does not dispose of Hallie Tudle, who was a party to the suit. As there is no final judgment, as we conclude, this court would have no jurisdiction to entertain the appeal. Davis v. Martin, 15 Tex. Civ. App. 62, 53 S. W. 599.

Appeal dismissed.